UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

REBECCA SANTORELLI,
    *Plaintiff,*

v.      Case No. 3:20-cv-01671-JAM

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,
    *Defendant.*

## JUDGMENT

This matter came for consideration before the Honorable Jeffrey A. Meyer, United States District Judge on defendant's motion for summary judgment (Doc. #40) and plaintiff's motion for summary judgment (Doc. #41).

Judge Jeffrey A. Meyer, having considered the full record of the case, entered an order (Doc. #55) on September 1, 2022, denying defendant's motion for summary judgment and granting plaintiff's motions for summary judgment insofar as the case is remanded to Hartford Life for the limited review of whether working in an office is an "essential duty". Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of plaintiff Rebecca Santorelli against defendant Hartford Life and Accident Insurance Company in accordance with the Court's order and the case is closed.

Dated at New Haven, Connecticut, this 6th day of September 2022.

                                        DINAH MILTON KINNEY, Clerk

                                        By /s/ Donna Barry, Deputy Clerk

EOD: 09/06/2022